UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:24-02376 ADS                                    Date: February 7, 2025

Title: *Julio Cruz v. Anthonys Body Shop et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On this date, this Court issued an Order Regarding Service of Process [7]. The parties are advised that the Court now issues this Order to Show Case as the operative order.

On October 31, 2024, Plaintiff Julio Cruz filed a Complaint against Defendants Anthonys Body Shop, L and M Grove LLC, and Does 1 to 10. (Dkt. No. 1.) On November 1, 2024, the Summons was issued. (Dkt. No. 6.) It is the responsibility of the Plaintiff to have the Summons and Complaint served on all Defendants within the time allotted. Fed. R. Civ. Proc. 4(c)(1). The deadline to serve the Summons and Complaint has passed, and Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) and Local Rule 4-6. Plaintiff must file a written response **by no later than February 14, 2025**.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 4-6.**

**IT IS SO ORDERED.**

Initials of Clerk kh